

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-22-00639-CV

Paul **COOK**, et al,
Appellant

v.

**CHICAGO TITLE OF TEXAS LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01277
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellants' notice of appeal was filed in this court on September 28, 2022. The Clerk of the Court notified appellants in writing that our records do not reflect that the filing fee in the amount of $205.00 was paid. In addition, our records contain no evidence that appellants are excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. It is therefore ORDERED that appellants show cause in writing **within seven days** of the date of this order that either: (1) the filing fee has been paid; or (2) appellants are entitled to appeal without paying the filing fee. If appellants fail to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court